IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

Matthew Addison IV, )

Plaintiff, )

)

v. ) Civil Action No: _____

)

Cook Out LLC, )

Defendant. )

RCVD – USDC COLA SC
APR 16 26 04:31:20

## COMPLAINT AND JURY DEMAND

### I. NATURE OF THE ACTION

This action arises under Title VII of the Civil Rights Act of 1964 for race discrimination, retaliation, and hostile work environment.

### II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331. Venue is proper in this District.

### III. PARTIES

Plaintiff is an African American male residing in South Carolina.

Defendant Cook Out LLC is an employer doing business in South Carolina.

### IV. EXHAUSTION

Plaintiff filed EEOC Charge No. EEOC-14C-2024-01257 and received a Right to Sue letter. This action is timely filed.

### V. FACTS

- Plaintiff was promoted to General Manager in May 2024.

- A new Regional Manager engaged in inappropriate and degrading conduct.

- Plaintiff complained to HR multiple times with no response.

- Approximately 35 days later Plaintiff was demoted.

- Plaintiff was later terminated.

### VI. CLAIMS

Count I – Retaliation

Count II – Race Discrimination

Count III – Hostile Work Environment

## VII. DAMAGES

Plaintiff seeks back pay, front pay, compensatory damages, and all relief allowed by law.

## VIII. JURY DEMAND

Plaintiff demands a jury trial.

Respectfully submitted,

Matthew Addison IV

[Address] 4514 Colonial Dr Columbia, SC 29203

[Phone] (803) 877-3047

[Email] addisonivmatthew@Gmail.com

Date: 4/16/26

Signature;

Matthew Addison IV